**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  New Jersey
(State)

Case number (*If known*): ____25-_____  Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Powin Energy Storage 2, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | f/k/a Hecate Storage II, Inc. |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | BN: 815569926 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 20550 SW 115th Ave | |
| Number      Street | Number      Street |
| | P.O. Box |
| Tualatin          OR      97062 | |
| City          State      ZIP Code | City          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Washington | |
| County | Number      Street |
| | |
| | City          State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://powin.com |

| Debtor | Powin Energy Storage 2, Inc. | | Case number *(if known)* | 25- |
|---|---|---|---|---|
| | Name | | | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

335910

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                                          MM / DD / YYYY

            District _____   When _____   Case number _____
                                                          MM / DD / YYYY

| Debtor | Powin Energy Storage 2, Inc. | Case number (if known) | 25- |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  See Rider 1, attached.    Relationship  Affiliate

District  New Jersey    When  06/10/2025

Case number, if known  25-16137    MM / DD / YYYY

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

---

Debtor    Powin Energy Storage 2, Inc.          Case number *(if known)*   25-
Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/20/2025
            MM   / DD / YYYY

✖ _/signature/_            Chad Paulson
Signature of authorized representative of debtor      Printed name

Title Authorized Signatory

---

**18. Signature of attorney**

✖ */s/ Lauren Macksoud*        Date   06/20/2025
Signature of attorney for debtor                MM   / DD / YYYY

Lauren Macksoud
Printed name

Dentons US LLP
Firm name

101 JFK Parkway
Number     Street

Short Hills                 NJ      07078
City                              State    ZIP Code

(973) 912-7100            lauren.macksoud@dentons.com
Contact phone                    Email address

016672003                NJ
Bar number                      State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong>:</td></tr>
</table>

| **Fill in this information to identify the case**: | |
|---|---|
| United States Bankruptcy Court for the: **District of New Jersey** | |

United States Bankruptcy Court for the:

**District of New Jersey**

(State)

Case number *(if known):* 25-16137

Chapter  11

☒ Check if this is an
amended filing

### Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On June 9, 2025 and June 10, 2025, the first nine (9) affiliated entities listed below (collectively,  the "Debtors"), filed a petition in the United States Bankruptcy Court for the District of  New Jersey for relief  under chapter 11 of title 11 of the United States Code.

On June 13, 2025, the Court entered an order authorizing the joint administration of those cases [Docket No. 58] under the lead case Powin, LLC 25-16137.

On June 22, 2025, Powin Energy Storage 2, Inc., Powin Energy Ontario Storage II LP and Powin Canada B.C. Ltd (the "Additional Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey. The Debtors will request that the Additional Debtors be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| | DEBTOR NAME | EIN Number | Case No. |
|---|---|---|---|
| 1. | Powin Project LLC | 39-2571583 | 25-16136 |
| 2. | Powin, LLC | 86-2270504 | 25-16137 |
| 3. | Powin China Holdings 1, LLC | 82-4101422 | 25-16138 |
| 4. | Powin China Holdings 2, LLC | 88-2699713 | 25-16139 |
| 5. | Charger Holdings, LLC | 84-3515241 | 25-16140 |
| 6. | Powin Energy Ontario Storage, LLC | 82-1358348 | 25-16141 |
| 7. | Powin Energy Operating Holdings, LLC | 86-2322495 | 25-16142 |
| 8. | Powin Energy Operating, LLC | 86-2256487 | 25-16143 |
| 9. | PEOS Holdings, LLC | 84-3515476 | 25-16144 |

| | | | |
|---|---|---|---|
| 10. | Powin Energy Storage 2, Inc. | BN: 815569926 | 25 [●] |
| 11. | Powin Energy Ontario Storage II LP | ID: 250705787 | 25 [●] |
| 12. | Powin Canada B.C. Ltd. | BC 1112239 | 25 [●] |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin Energy Storage 2, Inc.[1] | Case No. _____ |
| Debtor. | (Joint Administration Requested) |

### LIST OF EQUITY HOLDERS[2]

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Powin Canada B.C. Ltd. | 20550 SW 115th Avenue Tualatin, OR 97062 | 99% |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [22495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

[2] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin Energy Storage 2, Inc.[1] | Case No. _____ |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Powin Canada B.C. Ltd. | 99% |

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [22495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

**Fill in this information to identify the case:**

☒ Check if this is an amended filing

Debtor name __Powin, LLC, et al.__

United States Bankruptcy Court for the: __District of New Jersey__
(State)

Case number (If known): __25-16137__

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Amended List of Consolidated Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders[1]

**12/15**

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Ace Engineering & Co., Ltd. 80, Sapyong-daero, Seocho-gu Seoul 06575 Republic of Korea | Telephone: (822) 578 0491 Email: chloe@acecontainer.com | Trade Debt | | | | $100,104,820.79 |
| 2. Qingdao CIMC-POWIN New Energy Technology Co., Ltd No.1 Huanghedong Road, China (Shandong) Pilot Free Trade Zone, Qingdao, P.R. Qingdao 266500 China | Telephone: +86 532 8676 7675 Email: info@cimc-powin.com | Joint Venture | Disputed | | | $49,068,210.40 |
| 3. Contemporary Amperex Technology Co., Limited (CATL) No.2 Xingang Road Zhangwan Town, Jiaocheng District, Ningde City, Fujian 352100 China | Telephone: +86 181 5087 9959 Email: RuanTF@catlbattery.com | Trade Debt | CUD | | | $44,000,000.00 |

---

[1]   On a consolidated basis. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

Debtor: **Powin, LLC, et al.**                    Case number (*if known*) 25-16137
Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4. | Celestica LLC<br>11 Continental Blvd,<br>BLD 300<br>Suite 103<br>Merrimack, NH 03054 | Telephone: (416) 448-5800<br>Email: petem@celestica.com | Contract Manufacturer | Disputed | | | $16,748,929.57 |
| 5. | Ameresco, Inc. /<br>Kupono Solar, LLC<br>111 Speen Street, #410<br>Framingham, MA 01701 | Telephone: 1-866-AMERESCO<br>Email: mchiplock@ameresco.com | Customer Credits | CUD | | | $16,683,457.35 |
| 6. | Clean Energy Services CES LLC<br>4201 Main Street<br>Suite 299<br>Houston, TX 77002 | Telephone: (713) 714-0762<br>Email:<br>accounts.receivable@cesrenewables.com | EPC/Contractor | | | | $10,107,691.13 |
| 7. | Formosa Electronic Industries Inc.<br>5F., NO8, Aly.130,<br>Minquan Rd., Xindian Dist.,<br>New Taipei City 231,<br>Taibei 23141<br>Taiwan | Telephone: +886 2 2218 8888<br>Email:kelvin.chen@feii.com.tw<br>flora.zhang@feii.com.tw | Contract Manufacturer | Disputed | | | $9,180,133.58 |
| 8. | Rubicon Professional Services, LLC<br>3370 Chastain Gardens Drive Suite 220<br>Kennesaw, GA 30144 | Telephone: (770) 726-8975<br>Email: accounting@rubiconps.com | EPC/Contractor | | | | $8,453,344.50 |
| 9. | SMA America, LLC<br>3925 Atherton Road<br>Rocklin, CA 95677 | Telephone: (916) 625-0870<br>Email: ordermgmt@sma-merica.com | Contract Manufacturer | Disputed | | | $8,370,089.83 |
| 10. | Mainfreight Air & Ocean Pty Ltd<br>154 Melrose Drive<br>Tullamarine<br>Melbourne VIC 3043<br>Australia | Telephone: +61 (3) 9330 6000<br>Email: lorraine.govender@mainfreight.com | Logistics (Mechanics Lien) | Disputed | $6,696,844.71 | Collateral Amount Unknown | Collateral Amount Unknown |
| 11. | JMS Wind Energy, Inc.<br>8022 S Rainbow Blvd.<br>Ste 406<br>Las Vegas, NV 89139 | Telephone: (541) 483-0920<br>Email: julie@jmswindenergy.com | EPC/Contractor | | | | $6,033.105.56 |
| 12. | Experience Knowledge Strategy, S.L.<br>AVDA. CAMAS 26<br>Bollullos De La Mitacion<br>Seville  41110<br>Spain | Telephone: 0034954181521<br>Email: fronquillo@eksenergy.com | Master Supply Agreement | | | | $5,777,376.95 |
| 13. | EBARA Densan (Qingdao) Technology Co.,Ltd.<br>No.216, Shuangyuan Road,<br>Chengyang District,<br>Qingdao Shandong<br>Province 266111<br>China | Telephone: 053289653367628<br>Email: dong.jiakun@edg-ebara.com | Contract Manufacturer | | | | $5,297,762.07 |
| 14. | KPMG LLP<br>3 Chestnut Ridge Road<br>Montvale, NJ 07645 | Telephone: (503) 820-6809<br>Email: us-bkrdasc-ar@kpmg.com | Professional Services | | | | $4,586,591.27 |
| 15. | Leader Energy Storage Technology Co., Ltd<br>25F.-1, No. 238, Shizheng N. 2nd Rd.,<br>Xitun Dist., Taichung City 407607 | Telephone: 886 9201 81811<br>Email: cychuang@leadfar.com.tw | Customer Credits | Disputed | | | $4,285,714.3 |

Debtor: ___Powin, LLC, et al.___    Case number (*if known*)  25-16137
     Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | Contemporary Nebula Technology Energy Co., Ltd.<br>No. 33 Xingyexi Road<br>Mawei District<br>Fuzhou City Fujian Province<br>China | Telephone: 8615924148801<br>Email: xuezhen.lin@cntepower.com | Contract Manufacturer | | | $4,252,505.17 |
| 17. | GreEnergy Resources<br>108 Michelin Road<br>Ardmore, OK 73401 | Telephone: (580) 68-9534<br>Email:<br>adam.fenner@greenergyresources.com | EPC/Contractor | | | $3,522,202.06 |
| 18. | R.H. Shipping & Chartering S De RL De CV<br>Av. Paseo De La Reforma<br>No. 222 Piso 15<br>Col. Juarez Alcaldia<br>Cuauhtemoc<br>Ciudad De Mexico<br>C.P. Cam 06600<br>Mexico | Telephone: +52 (55) 1328 4301<br>Email: cobranza@rh-shipping.com | Logistics | | | $3,359,111.72 |
| 19. | Qingdao CIMC Container Manufacture Co., Ltd<br>No.1, east Huanghe Road<br>Economic & Technological Development ZonE<br>Qingdao<br>China | Telephone: +86-0769-21667217<br>Email: haiming.li2021@cimc.com | Contract Manufacturer | Disputed | | $3,265,143.29 |
| 20. | Ultra Corpotech Private Limited<br>Plot No-Pap-A-4 Chakan Industrial Area Phase IV Village Nighoje Opp M & M Gate No- 3 Tal-Khed Talwade Chakan Road Pune<br>Maharashtra 410501<br>India | Telephone: 919922929251<br>Email: vgoykar@ultracorpotech.com | Trade Debt | | | $3,215,744.53 |
| 21. | Envision AESC US LLC<br>500 Battery Plant Road<br>Smyrna, TN 37167 | Telephone: (615) 751-3322<br>Email: ken.srebnik@envision-aesc.com | Trade Debt | | | $2,901,664.21 |
| 22. | Front Range–Midway Solar Project, LLC (Naturgy)<br>One Bush Street<br>Suite 900<br>San Francisco, CA 94104 | Contact: Farella Braun + Martel<br>Telephone: (415) 954-4940<br>Email: gkaplan@fbm.com | Trade Debt | | | $2,854,975.71 |
| 23. | Pearce Services, LLC<br>1222 Vine Street<br>Suite 301<br>Paso Robles, CA 93446 | Telephone: (805) 467-2528<br>Email: essnotifications@pearce-renewables.com | Contractor | | | $2,671,092.90 |
| 24. | Spark Power Renewables USA, Inc<br>4900 Diplomacy Road<br>Fort Worth, TX 76155 | Telephone: (833) 775-7697<br>Email: AR@sparkpowercorp.com | EPC/Contractor | | | $2,486,017.08 |
| 25. | Sonic Systems International, LLC<br>1880 South Dairy Ashford<br>Suite 207<br>Houston, TX 77077 | Telephone: (281) 531-7611<br>Email: ablock@sonicsystems.com | EPC/Contractor | | | $2,390,368.05 |
| 26. | Hitachi Energy USA Inc.<br>901 Main Campus Drive<br>Raleigh, NC 27606 | Telephone: (919) 856-3333<br>Email: us-pg-ar@hitachienergy.com | Vendor | | | $2,276,963.00 |

Debtor:  Powin, LLC, et al.                                                                    Case number (*if known*) 25-16137
         _____                                                      _____
         Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 27. | McKinsey & Company, Inc. United States 175 Greenwich Street 3 World Trade Center FL 60-64 New York, NY 10007 | Telephone: (212) 446 7000 Email: US_AR@mckinsey.com; info@mckinsey.com | Professional Services | | | $1,600,000.00 |
| 28. | Bergstrom China 28 AoYuan Road New District Changzhou, Jiangsu China, 213125 | Telephone: 8651968008000 Email: SShi@bergstrominc.com | Trade Debt | | | $1,269,530.40 |
| 29. | Weifang Genius Electronics Co., Ltd. No. 37 Fangtai Road Fanzi District Weifang City Shandong Province 261206 China | Telephone: (756) 400-6201 Email: daisy.yang@genius-gp.com | Trade Debt | | | $1,239,871.72 |
| 30. | Ashbaugh Energy Consulting 530 Lakeside Road Fort Erie ON L2A 4Y1 Canada | Telephone: (905) 871-8000 Email: ashbaughenergy@gmail.com | EPC/Contractor | | | $1,222,341.87 |
| 31. | Shanghai Hdmann Industry Co., Ltd Room 1-912 No388 Xinfu Rd. Shanghai  201100 China | Telephone: 862133735789 Email: F5@hdmann.com | Trade Debt | | | $1,093,534.82 |
| 32. | Crowe LLP 320 E Jefferson Blvd. P.O. Box 7 South Bend, IN 46624-0007 | Telephone: (972) 365-3437 Email: arremitadv@crowe.com | Professional Services | | | $1,011,288.00 |
| 33. | Orr Protection 2100 Nelson Miller Pkwy Louisville KY 40223 | Contact: Erica Khourjian Telephone: (502) 244-4500 Email: opsaccounting@orrprotection.com | EPC/Contractor | | | $994,923.44 |
| 34. | EnergyRE / Lone Star Solar, LLC 1300 Post Oak Blvd Houston, TX 77056 - EnergyRE / Lone Star Solar, LLC 1519 King Street Ext Charleston, SC 29405 | Contact: Rocio Guadalupe Mendoza Telephone: (none) Email: rocio.mendoza@energyre.com | Customer Credits | Unliquidated | | $986,997.28 |
| 35. | Miller Nash Graham & Dunn LLP PO Box 3585 Portland, OR 97208 | Telephone: (503) 224-5858 Email: clientservices@millernash.com | Professional Services | | | $889,356.21 |
| 36. | Carel USA, INC 385 S Oak Street Manheim, PA 17545 | Telephone: (717) 664-0500 Email: accounts.receivable_usa@carel.com | Trade Debt | | | $787,295.95 |
| 37. | Propeller Inc PO Box 6860 Portland, OR 97228 | Telephone: (919) 699-0137 Email: lvillarreal@propellerpdx.com | Professional Services | | | $783,792.00 |

Debtor: _____Powin, LLC, et al._____          Case number (*if known*) __25-16137__
            Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38. | Specified Technologies Inc.<br>210 Evans Way<br>Somerville, NJ 08876 | Telephone: (908) 526-8000<br>Email: AR@stifirestop.com | Trade Debt | | | | $777,062.30 |
| 39. | Building Automation Products, Inc.<br>750 N. Royal Ave.<br>Gays Mills, WI 54631 | Telephone: (608) 735-4800<br>Email:<br>Accountsreceivable@bapisensors.com | Trade Debt | | | | $580,730.40 |
| 40. | Schneider Electric IT Corporation<br>5081 Collections Center Drive<br>Chicago, IL 60693-5081 | Telephone: (401) 789-5735<br>Email:<br>Seitusacash.Applicationteam@Schneider-Electric.Com | Vendor | | | | $568,116.85 |
| 41. | RH Shipping & Chartering (USA) LLC<br>400 N Sam Houston Pkwy East, Suite 1010<br>Houston, TX 77060 | Telephone: +52 33 8851 3180 ext. 1408<br>Email: mplascencia@rh-shipping.com | Logistics | | | | $544,832.81 |
| 42. | Mainz Brady Group, Inc.<br>PO Box 620375<br>Woodside, CA 94062 | Telephone: +1 650-524-8840<br>Email: accounting@mbg.com | Vendor | | | | $500,900.41 |
| 43. | McGuireWoods Consulting LLP<br>800 East Canal Street<br>Richmond, VA 23219 | Telephone: (804) 775-1000<br>Email: artaskforce@mcguirewoods.com | Professional Services | | | | $483,585.30 |
| 44. | CEVA Logistics US, Inc.<br>15350 Vickery Drive<br>Houston, TX 77032 | Telephone: 1-800-888-4949<br>Email:<br>juanfernando.aguilar@cevalogistics.com | Logistics | | | | $469,350.66 |
| 45. | SIBA LLC<br>29 Fairfield Place<br>Caldwell, NJ 07006 | Telephone: (973) 575-7422<br>Email: info@sibafuse.com | Trade Debt | | | | $420,987.58 |
| 46. | GLAS USA LLC<br>3 Second Street<br>Suite 206<br>Jersey City, NJ 07311 | Telephone: (212) 808-3050<br>Email:<br>clientservices.americas@glas.agency | Bank Loans and Administrative Services | | | | $416,230.74 |
| 47. | Expeditors International of Washington, Inc.<br>1015 Third Avenue<br>Seattle, WA 98104 | Telephone: (503) 863-2678<br>Email: remit@expeditors.com | Logistics | | | | $409,327.29 |
| 48. | Huizhou Topband Electrical Technology Co., LTD<br>No. 113 Dongxin AVE,<br>Dongxin Block Dongjiang Hi-Tech Industrial Park,<br>Zhongkai District Huizhou,<br>Dongguang, 516006<br>China | Telephone: 8675527651888<br>Email: wuxr@topband.com.cn | Contract Manufacturer | | | | $405,884.78 |
| 49. | Build AppliedLogix, LLC<br>3495 Winton Place,<br>Building C Suite 2<br>Rochester, NY 14623 | Telephone: (585) 678-1027<br>Email: tduffy@appliedlogix.com | Trade Debt | | | | $400,756.56 |
| 50. | 8LOOP Logistics LLC<br>9432 Bradmore Lane<br>Suite 204<br>Ooltewah, TN 37363 | Telephone: (909) 671-9537<br>Email: accounting@8looplogistics.com | Logistics | | | | $384,949.17 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Powin Energy Storage 2, Inc.

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*):    25-_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* ____

☒    *Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒    Other document that requires a declaration  List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/20/2025             ✗ _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

Chad Paulson
Printed name

Authorized Signatory
Position or relationship to debtor

**RESOLUTIONS OF THE SOLE SHAREHOLDER
AND ALL OF THE DIRECTORS
OF EACH OF
POWIN CANADA B.C. LTD.
POWIN ENERGY STORAGE 2, INC.**

June 21, 2025

The undersigned, constituting the sole shareholder (the "Shareholder") and all of the directors (each, a "Director" and collectively, the "Directors") of each of Powin Canada B.C. Ltd., a British Columbia corporation and Powin Energy Storage 2, Inc., a British Columbia corporation (each a "Company" and collectively, the "Companies"), hereby adopt the following resolutions as of the date stated above:

A.    **Chapter 11 Case**:

WHEREAS, the Shareholder and each of the Directors has considered the financial and operational aspects of the business of each Company and the recommendations of the senior management of each such Company and each such Company's professionals and advisors;

WHEREAS, the Shareholder and each of the Directors has reviewed the historical performance of each Company, the market for each such Company's services, and the current and long-term liabilities of each such Company; and

WHEREAS, the Shareholder and each of the Directors has reviewed, considered, and received the recommendations of the senior management of each Company and each such Company's professionals and advisors as to a case of such Company under chapter 11 of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that the Shareholder and each of the Directors has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of each Company, and each such Company's creditors, shareholders, employees, and other interested parties, for each such Company to file a voluntary petition under the provisions of chapter 11 the Bankruptcy Code and to take any related actions necessary to file for and effectuate bankruptcy protection and to take other actions in a bankruptcy case;

BE IT FURTHER RESOLVED, that the officers of each individual Company, including, without limitation, the General Counsel and Chief Executive Officer (each, with respect to such Company, an "Authorized Officer" and together the "Authorized Officers") are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to take all actions deemed necessary or appropriate to protect the assets of each such Company and seek protection from creditors, including without limitation, if they deem it appropriate, to execute and verify or certify a voluntary petition under chapter 11 of the Bankruptcy Code and to sign or authorize any and all

1

other pleadings, petitions, motions, schedules, lists, applications, affidavits, instruments, documents, or actions appropriate and desirable, as determined by them in the exercise of their discretion, prior to and throughout the course of the bankruptcy case and to take and perform any and all further acts and deeds, and pay such fees, that they deem necessary, proper or desirable in connection therewith or in furtherance of any such petition or any such Company's case in chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver and file any and all such instruments, and pay such fees, as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of each Company's management, advisors and the Shareholder and Directors, in the name and on behalf of any Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**B.**    **Retention of Advisors**:

WHEREAS, the Shareholder and each of the Directors has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of each Company, and its creditors, shareholders, employees, and other interested parties to employ the law firm of Dentons US, LLP as general bankruptcy counsel to each such Company to represent and assist each such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each such Company's rights, including filing and pleading, and in connection therewith, each such Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Dentons US, LLP;

WHEREAS, the Shareholder and each of the Directors has determined, in the good-faith exercise of its reasonable business judgment, that is desirable and in the best interests of each Company and each such Company's creditors, shareholders, employees, and other interested parties to engage Togut, Segal & Segal LLP as conflict and efficiency counsel for each such Company in connection with the chapter 11 case, subject to bankruptcy court approval;

WHEREAS, the Shareholder and each of the Directors has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of each Company and each such Company's creditors, shareholders, employees, and other interested parties to engage Huron Transaction Advisory LLC as investment

US_ACTIVE\130588470\V-1

banker for each such Company in connection with the chapter 11 case, subject to bankruptcy court approval; and

WHEREAS, the Shareholder and each of the Directors has determined, in the good-faith exercise of its reasonable business judgment, that is desirable and in the best interests of each Company and each such Company's creditors, shareholders, employees, and other interested parties to engage Kurtzman Carson Consultants LLC as claims agent for each such Company in connection with the chapter 11 case, subject to bankruptcy court approval.

NOW, THEREFORE, BE IT RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to engage Dentons US LLP as general bankruptcy counsel for each such Company in connection with the chapter 11 case, subject to bankruptcy court approval;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, authorized and directed to engage Togut, Segal & Segal LLP as conflict and efficiency counsel for each such Company in connection with the chapter 11 case, subject to bankruptcy court approval;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to engage Huron Transaction Advisory LLC as investment banker for each such Company in connection with the chapter 11 case, subject to bankruptcy court approval;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, authorized and directed to engage Kurtzman Carson Consultants LLC as claims agent for each such Company in connection with the chapter 11 case, subject to bankruptcy court approval;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to employ additional professionals as the Authorized Officers, in their reasonable discretion deem necessary to represent and assist each such Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional;

US_ACTIVE\130588470\V-1

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to engage and retain all assistance by legal counsel, accountants, investment banking advisors, financial advisors, and other professionals, subject to bankruptcy court approval, and to perform any and all further acts and deeds that the Authorized Officers deem necessary, proper, advisable, or desirable in furtherance thereof with a view to the successful prosecution of each such Company's chapter 11 case;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of each Company's management, advisors and the Shareholder and Directors, in the name and on behalf of any Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**C.**     **Use of Cash Collateral**:

WHEREAS, the Shareholder and each of the Directors has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of each Company and each such Company's creditors, shareholders, employees, and other interested parties, to approve the use of cash collateral by each such Company in the post-petition conduct of its business in accordance with any related orders of the bankruptcy court (the "Cash Collateral Use").

NOW, THEREFORE, BE IT RESOLVED, that the Cash Collateral Use is hereby adopted, approved and ratified in all respects, subject to bankruptcy court approval;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company to do or cause to be done all such acts and things, and to take all actions deemed necessary or appropriate, to cause the bankruptcy court's approval of the Cash Collateral Use;

BE IT FURTHER RESOLVED, that the Authorized Officers of each Company are, and each of them hereby is, authorized and directed, on behalf of and in the name of each such Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

4

BE IT FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of each Company's management, advisors and the Shareholder and Directors, in the name and on behalf of any Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**[SIGNATURES BEGIN ON THE FOLLOWING PAGE]**

IN WITNESS WHEREOF, the undersigned Shareholder and Directors have signed these resolutions as of the date first written above.

**SHAREHOLDER:**

As to Powin Canada B.C. Ltd. only:

PEOS HOLDINGS, LLC

By:_____
Name:  Chad Paulson
Title:    Senior Vice President & Secretary

As to Powin Energy Storage 2, Inc. only:

POWIN CANADA B.C. LTD.

By:_____
Name:  Chad Paulson
Title:    Director

**DIRECTORS:**

As to Powin Canada B.C. Ltd. only:

By:_____
Name: Chad Paulson

As to Powin Energy Storage 2, Inc. only :

By:_____
Name: Chad Paulson

6